IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **TANCI ISSA BALZAN, #42495-177,** | § | |
| | § | |
| Petitioner, | § | |
| v. | § | Civil Action No. **3:13-CV-00020-L-BK** |
| | § | |
| **UNITED STATES OF AMERICA**, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Before the court is Tanci Issa Balzan's ("Balzan" or "Petitioner") Petition for Writ of Habeas Corpus, filed on January 1, 2013, pursuant to 28 U.S.C. § 2241, and Application to Proceed In Forma Pauperis, filed January 11, 2013. The case was referred to Magistrate Judge Renee Harris Toliver, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on February 20, 2013, recommending that the habeas petition be denied and the action dismissed without prejudice for failure to prosecute. No objections to the Report were filed.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. The court therefore **denies** Balzan's Petition for Writ of Habeas Corpus, **denies as moot** the Application to Proceed In Forma Pauperis, and **dismisses** this action **without prejudice**.

**It is so ordered** this 2nd day of April, 2013.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order – Solo Page